[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11362

Non-Argument Calendar

_____

BRENTWOOD INVESTMENT GROUP, LLC,
REMG CORPORATION,

Plaintiffs-Appellees,

*versus*

ZENAS CORNELIUS,
and all others,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

2　　　　　　　　　　　Opinion of the Court　　　　　　　25-11362

D.C. Docket No. 1:25-cv-01522-AT

————————————

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Zenas Cornelius, proceeding *pro se*, appeals the district court's March 24, 2025, order remanding the case to state court for lack of subject matter jurisdiction. We lack jurisdiction over this appeal because we cannot review an order remanding an action for lack of subject matter jurisdiction, even if it is erroneous. *See* 28 U.S.C. § 1447(d); *New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997); *Kircher v. Putnam Funds Tr.*, 547 U.S. 633, 642 (2006). The remand order is not otherwise reviewable because the notice of removal did not assert that the state court action was removable under 28 U.S.C. §§ 1442 or 1443. *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor and City Council of Baltimore*, 593 U.S. 230, 238 (2021).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.